**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900
FACSIMILE:
(202) 326-7999

October 30, 2025

*By CM/ECF*

Patricia S. Dodszuweit, Clerk of Court
United States Court of Appeals for the Third Circuit
Office of the Clerk
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

     Re:    *In re Gold Reserve Ltd.*, No. 25-3091

Dear Ms. Dodszuweit:

     On October 29, 2025, the district court issued a minute entry on the docket taking note of Gold Reserve's "recent filing of a petition for a writ of mandamus" and stating that the court's "current expectation" is to decide the pending disqualification motions "by no later than on or around November 20" and, "unless the motions to disqualify are granted," to issue a merits decision "by no later than on or around November 30."  Remark, *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela*, No. 1:17-mc-00151-LPS (Oct. 29, 2025) (Dkt. 2505) (Ex. A).

     The district court's statement does not obviate Gold Reserve's need for relief on its petition.  Gold Reserve seeks "an order staying any further sale-related deadlines and determinations until Gold Reserve's disqualification motion is finally resolved through appeal."  Dkt. 1 at 2-3.  The court has not issued a stay, let alone one that would extend through an appeal of any denial of Gold Reserve's disqualification motion.  Accordingly, the relief sought by Gold Reserve remains necessary.

     If anything, the district court's remark underscores the need for this Court's supervisory action.  The remark makes clear that, if the pending disqualification motions are denied, the district court intends to proceed to a decision on the merits within no more than 10 days—perhaps sooner.  Yet this Court's decision in *Kensington I* makes clear that—given the evidence of conflicts of interest undermining at least the appearance of impartiality of the district court, the Special Master, and his Advisors—there must be time for this Court to review the district court's determination under 28 U.S.C. § 455 before irrevocable steps are taken to complete the transaction recommended by the Special Master.  For this reason, absent the entry of a stay by

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

Patricia S. Dodszuweit, Clerk of Court
October 30, 2025
Page 2

the district court, only a decision granting the disqualification motion would moot Gold Reserve's petition.

      Gold Reserve respectfully notes that, if the district court denies the pending motions for disqualification, Gold Reserve intends to seek emergency relief from this Court. Gold Reserve will continue to update this Court with any further developments.

      Respectfully submitted,

/s/ *Aaron M. Panner*
Aaron M. Panner

*Counsel for Petitioner*
*Gold Reserve Ltd.*

cc: See Service List

## CERTIFICATE OF COMPLIANCE

I certify, pursuant to Federal Rule of Appellate Procedure 28(j), that the body of this letter does not exceed 350 words.

I further certify that this letter complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (a)(6) because it has been prepared using Microsoft Word in a proportionally spaced typeface (Times New Roman, 14 point).

/s/ *Aaron M. Panner*
Aaron M. Panner

*Counsel for Petitioner*
*Gold Reserve Ltd.*

October 30, 2025

# CERTIFICATE OF FILING AND SERVICE

I certify that, on October 30, 2025, the foregoing was filed electronically with the Clerk of Court.

I further certify that, on October 30, 2025, true and correct copies of the foregoing Rule 28(j) Letter are being sent via U.S. first-class mail and, where applicable, electronic mail to the following counsel and the trial court judge:

## BY FIRST-CLASS MAIL

Randall C. Lohan
Clerk, United States District Court
  for the District of Delaware
844 North King Street, Unit 18
Wilmington, Delaware 19801-3570
(302) 573-6170
(On behalf of Hon. Leonard P. Stark)

Hon. Leonard P. Stark
United States Court of Appeals
  for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

## BY FIRST-CLASS MAIL AND EMAIL

Miguel A. Estrada
Lucas C. Townsend
Adam M. Smith
Brian McCarty
Karsten Ball
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
(202) 955-8500
mestrada@gibsondunn.com
ltownsend@gibsondunn.com
asmith@gibsondunn.com
bmccarty@gibsondunn.com
kball@gibsondunn.com
*Attorneys for Crystallex
International Corporation*

George Garvey
Raphael Sepulveda
Adeel Mohammadi
MUNGER TOLLES & OLSON LLP
350 South Grand Avenue
Los Angeles, California 90071-3426
george.garvey@mto.com
raphael.sepulveda@mto.com
adeel.mohammadi@mto.com
*Attorneys for Defendant
Bolivarian Republic of Venezuela*

Matthew S. Barr
David J. Lender
Jared R. Friedmann
Chase A. Bentley
Aaron Curtis
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
matt.barr@weil.com
david.lender@weil.com
jared.friedmann@weil.com
chase.bentley@weil.com
aaron.curtis@weil.com
*Attorneys for Special Master*
*Robert B. Pincus*

Jason C. Rubinstein
Geoffrey Cajigas
FRIEDMAN KAPLAN SEILER
  ADELMAN & ROBBINS LLP
7 Times Square
New York, New York 10036
(212) 833-1100
jrubinstein@fklaw.com
gcajigas@fklaw.com
*Attorneys for Evercore Group, L.L.C.*

Stephen M. Elliott
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL
  PROGRAMS BRANCH
1100 L Street, N.W.
Suite 11020
Washington, D.C. 20530
(202) 353-0889
stephen.m.elliott@usdoj.gov
*Attorney for the United States*

Marie M. Degnan
Randall J. Teti
Frederick Troupe Mickler, IV
ASHBY & GEDDES, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19801
(302) 654-1888
mdegnan@ashbygeddes.com
rteti@ashbygeddes.com
tmickler@ashbygeddes.com
*Attorneys for ACL1 Investments Ltd.,*
*ACL2 Investments Ltd., and*
*LDO (Cayman) XVIII Ltd.*

Stephen B. Brauerman
BAYARD, P.A.
600 N. King Street, Suite 400
P.O. Box 25130
Wilmington, Delaware 19801
(302) 655-5000
sbrauerman@bayardlaw.com

David W. Bowker
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue, N.W.
Washington D.C. 20037
(202) 663-6000
david.bowker@wilmerhale.com
*Attorneys for Altana Credit*
*Opportunities Fund SPC, Altana*
*Credit Opportunities Fund 1 SP,*
*and Altana Funds Ltd. Cayman*

Shannon Doughty
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
500 Delaware Avenue, Suite 220
Wilmington, Delaware 19801
(302) 302-4000
shannondoughty@quinnemanuel.com
*Attorney for Amber Energy Inc.*

Thomas A. Uebler
Terisa A. Shoremount
MCCOLLOM D'EMILIO SMITH
  UEBLER LLC
Little Falls Centre II
2751 Centerville Road, Suite 401
Wilmington, Delaware 19808
(302) 468-5960
tuebler@mdsulaw.com
tshoremount@mdsulaw.com
*Attorneys for Banco San Juan Internacional, Inc.*

Daniel Alan Mason
Sabrina M. Hendershot
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1313 North Market Street
Suite 806
P.O. Box 32
Wilmington, Delaware 19801
(302) 655-4410
dmason@paulweiss.com
shendershot@paulweiss.com
*Attorneys for Blackrock Financial Management, Inc. and Contrarian Capital Management, L.L.C.*

Andrew Hall Sauder
DAILEY LLP
1201 N. Orange Street, Suite 7300
Wilmington, Delaware 19801
asauder@daileyllp.com
(302) 415-3560
*Attorney for Girard Street Investment Holdings LLC and G&A Strategic Investments*

Michael W. McDermott
Zachary J. Schnapp
BERGER MCDERMOTT LLP
1105 N. Market Street, 11th Floor
Wilmington, Delaware 19801
(302) 655-1140
mmcdermott@bergermcdermott.com
zschnapp@bergermcdermott.com
*Attorneys for Green Earth Technologies, Inc.*

Ronald S. Gellert
GELLERT SEITZ BUSENKELL
  & BROWN, LLC
1201 North Orange Street
Suite 300
Wilmington, Delaware 19801
(302) 425-5800
rgellert@gsbblaw.com
*Attorney for Huntington Ingalls Inc.*

Arthur G. Connolly, III
CONNOLLY GALLAGHER LLP
1201 North Market Street, 20th Floor
Wilmington, Delaware 19801
(302) 757-7300
aconnolly@connollygallagher.com
*Attorney for Mobil Cerro Negro Holding, LLC, Venezuela Holdings, B.V., Mobil Cerro Negro, Ltd.*

<div style="columns:2">

Sarah T. Andrade
BAYARD, P.A.
600 N. King Street, Suite 400
P.O. Box 25130
Wilmington, Delaware 19801
(302) 655-5000
sandrade@bayardlaw.com
*Attorney for Pharo Gaia Fund, Ltd., Pharo Macro Fund, Ltd., and Pharo Trading Fund, Ltd.*

Richard G. Mason
Amy R. Wolf
Michael H. Cassel
WACHTELL, LIPTON, ROSEN
 & KATZ
51 West 52nd Street
New York, New York 10019
(212) 403-1000
rgmason@wlrk.com
arwolf@wlrk.com
mhcassel@wlrk.com
*Attorneys for Phillips Petroleum Company Venezuela Limited, ConocoPhillips Petrozuata B.V., ConocoPhillips Gulf of Paria B.V., and ConocoPhillips Hamaca B.V.*

Steven F. Molo
Justin M. Ellis
Lauren F. Dayton
Mark W. Kelley
Eric Rolston
Lauren Sexton
Adam Collins
Veronica Velasco
Peter Douglas
MOLOLAMKEN LLP
430 Park Avenue, 6th Floor
New York, New York 10022
(212) 607-8170
smolo@mololamken.com
jellis@mololamken.com
ldayton@mololamken.com
mkelley@mololamken.com
erolston@mololamken.com
lsexton@mololamken.com
acollins@mololamken.com
vvelasco@mololamken.com
pdouglas@mololamken.com
*Attorneys for Red Tree Investments, LLC*

Margaret England
GELLERT SEITZ BUSENKELL
 & BROWN, LLC
1201 N. Orange Street, Suite 300
Wilmington, Delaware 19801
(302) 425-5800
mengland@gsbblaw.com
*Attorney for Refineria Di Korsou N.V.*

</div>

Christopher P. Simon
Michael L. Vild
CROSS & SIMON, LLC
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
(302) 777-4200
csimon@crosslaw.com
mvild@crosslaw.com
*Attorneys for Rosneft Trading S.A.*

R. Craig Martin
Angela Whitesell
Caleb G. Johnson
DLA PIPER, LLP (US)
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801
(302) 468-5700
craig.martin@us.dlapiper.com
angela.whitesell@us.dlapiper.com
caleb.johnson@us.dlapiper.com
*Attorneys for Rusoro Mining Ltd.*

Brian M. Rostocki
John T. Miraglia
Justin M. Forcier
REED SMITH LLP
1201 Market Street
Suite 1500
Wilmington, Delaware 19801
(302) 778-7500
brostocki@reedsmith.com
jmiraglia@reedsmith.com
jforcier@reedsmith.com
*Attorneys for Siemens Energy Inc. and XYQ US, LLC*

Theodore A. Kittila
HALLORAN FARKAS +
  KITTILA LLP
5722 Kennett Pike, Suite C/D
Wilmington, Delaware 19807
(302) 257-2011
tk@hfk.law
*Attorney for Tenaris S.A., Talta-Trading e Marketing Sociedade Unipessoal Lda., and Gramercy Distressed Opportunity Fund LLC*

Andrew S. Dupre
Brian R. Lemon
AKERMAN LLP
222 Delaware Avenue
Suite 1710
Wilmington, Delaware 19801
(302) 596-9200
andrew.dupre@akerman.com
brian.lemon@akerman.com
*Attorneys for Tidewater Investment SRL and Tidewater Caribe S.A., Valores Mundiales, S.L. and Consorcio Andino, S.L.*

Alessandra Glorioso
DORSEY & WHITNEY LLP
300 Delaware Avenue, Suite 1010
Wilmington, Delaware 19801
(302) 425-7171
glorioso.alessandra@dorsey.com
*Attorney for U.S. Bank National Association*

Michael W. Yurkewicz
KLEHR HARRISON HARVEY
  BRANZBURG LLP
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
(302) 426-1189
myurkewicz@klehr.com
*Attorney for Vitol Inc.*

Daniel D. Birk
Gregory M. Schweizer
Hannah Bucher
Lisa S. Meyer
Nathan P. Eimer
Alec Solotorovsky
Mila Rusafova
Johnathan Hall
Erin Rogers
EIMER STAHL
224 South Michigan Avenue
Suite 1100
Chicago, Illinois 60604
(312) 660-7600
dbirk@eimerstahl.com
gschweizer@eimerstahl.com
hbucher@eimerstahl.com
lmeyer@eimerstahl.com
neimer@eimerstahl.com
asolotorovsky@eimerstahl.com
mrusafova@eimerstahl.com
jhall@eimerstahl.com
erogers@eimerstahl.com
*Attorneys for PDV Holding, Inc.
and CITGO Petroleum Corporation*

Juan O. Perla
David V. Holmes
Sara Lucia Dangon
CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178
(212) 696-6000
jperla@curtis.com
dholmes@curtis.com
sdangon@curtis.com
*Attorneys for Petróleos de
Venezuela, S.A.*

Christopher M. Winter
James C. Carignan
Mackenzie Marie Wrobel
Tracey E. Timlin
DUANE MORRIS LLP
1201 North Market Street
Suite 501
Wilmington, Delaware 19801
(302) 657-4900
cmwinter@duanemorris.com
jccarignan@duanemorris.com
mmwrobel@duanemorris.com
ttimlin@duanemorris.com
*Attorneys for Rudi Lovati and
Alessandro Lucibello Piani*

John R. Keough, III
Juan J. Itriago
Veronica L. Dunlop
CLYDE & CO LLP
The Chrysler Building
405 Lexington Avenue, 16th Floor
New York, New York 10174
(212) 710-3900
john.keough@clydeco.us
juan.itriago@clydeco.com
veronica.dunlop@clydeco.us
*Attorneys for Ostrider Limited,*
*UML Blandford Limited, Union*
*Glory Limited, and Clion Limited*

Jody C. Barillare
MORGAN, LEWIS & BOCKIUS LLP
1201 North Market Street, Suite 2201
Wilmington, Delaware 19801
(302) 574-3000
jody.barillare@morganlewis.com
*Attorney for OI European Group B.V.*

Peter James Keane
PACHULSKI, STANG, ZIEHL
  & JONES, LLP
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, Delaware 19899-8705
(302) 652-4100
pkeane@pszjlaw.com
*Attorney for Northrop Grumman*
*Ship Systems, Inc.; Saint-Gobain*
*Performance Plastics Europe; and*
*Koch Minerals Srl and Koch Nitrogen*
*International Srl*

**BY EMAIL**

GIBSON, DUNN & CRUTCHER LLP
Rahim Moloo
Robert L. Weigel
Jason W. Myatt
Zachary A. Kady
rmoloo@gibsondunn.com
rweigel@gibsondunn.com
jmyatt@gibsondunn.com
zkady@gibsondunn.com

RICHARDS, LAYTON & FINGER, P.A.
Raymond J. DiCamillo
Jeffrey L. Moyer
Travis S. Hunter
dicamillo@rlf.com
moyer@rlf.com
hunter@rlf.com

*Attorneys for Plaintiff Crystallex International Corporation*

ABRAMS & BAYLISS LLP
A. Thompson Bayliss
Christopher Fitzpatrick Cannataro
Bryan Michael Blaylock
Stephen C. Childs
bayliss@abramsbayliss.com
cannataro@abramsbayliss.com
blaylock@abramsbayliss.com
childs@abramsbayliss.com

ARNOLD & PORTER KAYE SCHOLER LLP
Stephen K. Wirth
Kent A. Yalowitz
E. Whitney Debevoise, II
stephen.wirth@arnoldporter.com
kent.yalowitz@arnoldporter.com
whitney.debevoise@arnoldporter.com

MUNGER, TOLLES & OLSON LLP
Donald B. Verrilli, Jr.
Elaine J. Goldenberg
Ginger D. Anders
Seth Goldman
donald.verrilli@mto.com
elaine.goldenberg@mto.com
ginger.anders@mto.com
seth.goldman@mto.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP
G. Mason Thomson
mthomson@ycst.com

*Attorneys for Defendant Bolivarian Republic of Venezuela*

| | |
|---|---|
| POTTER ANDERSON &<br>  CORROON LLP<br>Myron T. Steele<br>Matthew F. Davis<br>Bindu A. Palapura<br>Malisa C. Dang<br>msteele@potteranderson.com<br>mdavis@potteranderson.com<br>bpalapura@potteranderson.com<br>mdang@potteranderson.com<br>*Attorneys for Special Master*<br>*Robert B. Pincus* | RILEY & JACOBSON, PLC<br>Joshua S. Bolian<br>Jared A. Hagler<br>jbolian@rjfirm.com<br>jhagler@rjfirm.com<br>*Attorneys for ACL1 Investments Ltd.,*<br>*ACL2 Investments Ltd., and LDO*<br>*(Cayman) XVIII Ltd.* |
| QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>Michael A. Barlow<br>Andrew J. Rossman<br>Susheel Kirpalani<br>Matthew R. Scheck<br>Morgan Rae Harrison<br>michaelbarlow@quinnemanuel.com<br>andrewrossman@quinnemanuel.com<br>susheelkirpalani@quinnemanuel.com<br>matthewscheck@quinnemanuel.com<br>morganharrison@quinnemanuel.com | AKIN GUMP STRAUSS HAUER<br>  & FELD LLP<br>Richard J. D'Amato<br>Stephanie Lindemuth<br>Stephen M. Baldini<br>Z.W. Julius Chen<br>rdamato@akingump.com<br>slindemuth@akingump.com<br>sbaldini@akingump.com<br>chenj@akingump.com<br><br>CLEMENT & MURPHY, PLLC<br>Erin E. Murphy<br>H. Bartow Farr<br>erin.murphy@clementmurphy.com<br>bartow.farr@clementmurphy.com |

*Attorneys for Amber Energy Inc.*

WINSTON & STRAWN LLP
M. Imad Khan
Rachael E. Thompson
Kelly A. Librera
ikhan@winston.com
rthompson@winston.com
klibrera@winston.com
*Attorneys for Banco San Juan Internacional, Inc.*

PAUL, WEISS, RIFKIND,
   WHARTON & GARRISON LLP
Jeffrey J. Recher
Paul A. Paterson
Tyler B. Myers
jrecher@paulweiss.com
ppaterson@paulweiss.com
tmyers@paulweiss.com
*Attorneys for Blackrock Financial Management, Inc. and Contrarian Capital Management, L.L.C.*

SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Joseph O. Larkin
Robert D. Drain
joseph.larkin@skadden.com
robert.drain@skadden.com

STEPTOE LLP
Michael J. Baratz
Emma Marshak
Steven K. Davidson
mbaratz@steptoe.com
emarshak@steptoe.com
sdavidson@steptoe.com

*Attorneys for Girard Street Investment Holdings LLC and G&A Strategic Investments*

SAUL EWING LLP
Jennifer Becnel Guzzo
jennifer.becnel-guzzo@saul.com
*Attorney for Northrop Grumman Ship Systems, Inc.; Saint-Gobain Performance Plastics Europe; and Koch Minerals Srl and Koch Nitrogen International Srl*

MORGAN, LEWIS & BOCKIUS
   LLP
Christopher L. Carter
David K. Shim
christopher.carter@morganlewis.com
david.shim@morganlewis.com

SEQUOR LAW, P.A.
Edward H. Davis, Jr.
Fernando J. Menendez
edavis@sequorlaw.com
fmenendez@sequorlaw.com

*Attorneys for OI European Group B.V.*

ESBROOK P.C
Scott James Leonhardt
scott.leonhardt@esbrook.com
*Attorney for Ostrider Limited,*
*UML Blandford Limited,*
*Union Glory Limited and*
*Clion Limited*

| WILLKIE FARR & GALLAGHER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL |
|---|---|
| Samuel Hall | Kenneth J. Nachbar |
| Michael Gottlieb | Susan W. Waesco |
| Noah Mussmon | Alexandra M. Cumings |
| Sam Huang | Phillip Reytan |
| David J. L. Mortlock | Kirk Andersen |
| shall@willkie.com | knachbar@mnat.com |
| mgottlieb@willkie.com | swaesco@morrisnichols.com |
| nmussmon@willkie.com | acumings@morrisnichols.com |
| shuang@willkie.com | preytan@morrisnichols.com |
| dmortlock@willkie.com | kandersen@morrisnichols.com |

*Attorneys for PDV Holding, Inc. and CITGO Petroleum Corporation*

| ROSS ARONSTAM & MORITZ LLP | KOBRE & KIM LLP |
|---|---|
| Garrett B. Moritz | Michael S. Kim |
| Elizabeth M. Taylor | Marcus J. Green |
| gmoritz@ramllp.com | Josef M. Klazen |
| etaylor@ramllp.com | Lydia L. Halpern |
| | michael.kim@kobrekim.com |
| | marcus.green@kobrekim.com |
| | jef.klazen@kobrekim.com |
| | lydia.halpern@kobrekim.com |

*Attorneys for Phillips Petroleum Company Venezuela Limited,*
*ConocoPhillips Petrozuata B.V., ConocoPhillips Gulf of Paria B.V.,*
*and ConocoPhillips Hamaca B.V.*

MOLOLAMKEN LLP  
Joshua D. Bloom  
Pratik K. Raj Ghosh  
jbloom@mololamken.com  
prajghosh@mololamken.com  

LANDIS RATH & COBB LLP  
Rebecca L. Butcher  
Jennifer L. Cree  
butcher@lrclaw.com  
cree@lrclaw.com  

SMITH, KATZENSTEIN, &  
   JENKINS LLP  
Jason Z. Miller  
jm@skjlaw.com  

*Attorneys for Red Tree Investments, LLC*

CARTER LEDYARD &  
   MILBURN LLP  
Jeffrey S. Boxer  
boxer@clm.com  
*Attorneys for Refineria*  
*Di Korsou N.V.*  

DLA PIPER LLP (US)  
James E. Berger  
Charlene C. Sun  
Alice Adu Gyamfi  
Joshua S. Wan  
james.berger@us.dlapiper.com  
charlene.sun@us.dlapiper.com  
alice.gyamfi@us.dlapiper.com  
joshua.wan@dlapiper.com  
*Attorneys for Rusoro Mining Ltd.*  

REED SMITH LLP  
Ambrose M. Bailey  
Arturo Munoz Holguin  
mbailey@reedsmith.com  
amunoz@reedsmith.com  

COLE SCHOTZ P.C.  
Andrew L. Cole  
Nathaniel J. Klepser  
acole@coleschotz.com  
nklepser@coleschotz.com  

*Attorneys for Siemens Energy Inc. and XYQ US, LLC*

DEBEVOISE & PLIMPTON LLP
Mark Friedman
William Taft
Carl Micarelli
Sarah Lee
Juan Fandino
Caroline H. Wallace
mwfriedman@debevoise.com
whtaft@debevoise.com
cmicarelli@debevoise.com
slee1@debevoise.com
jfandino@debevoise.com
chwallace@debevoise.com

HALLORAN FARKAS +
 KITTILA LLP
James Gordon McMillan, III
jm@hfk.law

*Attorneys for Tenaris S.A., Talta-Trading e Marketing Sociedade Unipessoal Lda., and Gramercy Distressed Opportunity Fund LLC*

COVINGTON & BURLING LLP
Miguel López Forastier
José E. Arvelo
Mark D. Herman
Amanda Tuninetti
mlopezforastier@cov.com
jarvelo@cov.com
mherman@cov.com
atuninetti@cov.com
*Attorneys for Tidewater Investment SRL and Tidewater Caribe S.A., Valores Mundiales, S.L. and Consorcio Andino, S.L.*

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS
 INTERNATIONAL LLP
Chad J. Husnick, P.C.
Jeffrey Michalik
Anna G. Rotman, P.C
Grant Jones
chad.husnick@kirkland.com
jeff.michalik@kirkland.com
anna.rotman@kirkland.com
grant.jones@kirkland.com
*Attorneys for Vitol Inc.*

CLIFFORD CHANCE US LLP
Michelle M. McGreal
michelle.mcgreal@cliffordchance.com
*Attorney for U.S. Bank National Association*

| | |
|---|---|
| CURTIS, MALLET-PREVOST,<br>   COLT & MOSLE LLP<br>Joseph D. Pizzurro<br>Kevin A. Meehan<br>Robert Groot<br>jpizzurro@curtis.com<br>kmeehan@curtis.com<br>rgroot@curtis.com | HEYMAN ENERIO GATTUSO<br>   & HIRZEL LLP<br>Jamie Lynne Brown<br>Samuel Taylor Hirzel, II<br>Brendan Patrick McDonnell<br>jbrown@hegh.law<br>shirzel@hegh.law<br>bmcdonnell@hehg.law |

*Attorneys for Petróleos de Venezuela, S.A.*

 

/s/ *Aaron M. Panner*
Aaron M. Panner
*Counsel for Petitioner*
*Gold Reserve Ltd.*

# CERTIFICATE OF BAR MEMBERSHIP

Pursuant to 3d Circuit L.A.R. 28.3(d) and 46.1, I, Aaron M. Panner, hereby certify that I am a member in good standing of the bar of the United States Court of Appeals for the Third Circuit.

Dated: October 30, 2025

/s/ *Aaron M. Panner*
Aaron M. Panner

*Counsel for Petitioner*
*Gold Reserve Ltd.*