UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **25-3091**

In re: Gold Reserve Ltd.

To:   Clerk

1)   Motion by Petitioner to Seal Under L.A.R. 106.1

---

    The foregoing motion and any response thereto are referred to the same panel of this Court that will consider the petition for writ of mandamus.  The sealed petition for writ of mandamus (ECF No. 4) and Volume 5 of the appendix (ECF No. 5) will be held provisionally under seal pending disposition of the motion by the panel.  Any response to the motion to seal must be filed within five (5) days of the date of this order.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: October 31, 2025
Lmr/cc: All Counsel of Record