**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
Phone: +1 212 310 8000
Fax: +1 212 310 8007

**Gregory Silbert**
+1 212 310 8846
Gregory.silbert@weil.com

November 3, 2025

Patricia S. Dodszuweit
Clerk of Court
United States Court of Appeals for the Third Circuit
Office of the Clerk
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Re: *In re Gold Reserve Ltd.*, No. 25-3091

Dear Ms. Dodszuweit,

    We represent the Special Master in the Court-ordered sale of the shares of PDVH (the parent of CITGO Holding), in *Crystallex International Corp. v. Bolivarian Republic of Venezuela*. We respectfully submit this response to Gold Reserve's October 30, 2025 Rule 28(j) letter. The Special Master addresses only the timing considerations raised in Gold Reserve's letter and does not otherwise respond to the allegations in its mandamus petition.

    There is no emergency warranting this Court's intervention and the stay Gold Reserve requests would cause severe prejudice. Gold Reserve's representation that the Amber[1] transaction (if approved by the district court) will close on December 1, 2025 is incorrect. Given the numerous steps that must be taken prior to closing, including obtaining regulatory approval in multiple countries, the Special Master expects the transaction will take months to close, leaving ample time after the district court's rulings for this Court to entertain a renewed stay request by Gold Reserve. And the Court will then have the benefit of the district court's opinions and factual findings on both the disqualification and sale issues.

    The Amber transaction (like Gold Reserve's competing transaction) implicates the interests of bondholders who hold security interests in 50.1% of the shares of CITGO Holding, PDVH's sole material asset, and the Amber transaction includes a settlement with those bondholders. The Hon. Katherine Polk Failla (S.D.N.Y.) recently held that the bondholders' claims and security interests are valid. The settlement obtained a substantial discount on the amount to be paid to the bondholders, and absent a settlement, the bondholders are likely to block a sale of the PDVH shares that implicates their security interest.

---

[1] Amber Energy Inc. is a corporation formed by Elliott for the purpose of acquiring the PDVH Shares.

November 3, 2025  
Page 2

**Weil, Gotshal & Manges LLP**

      The bondholders may terminate the settlement if the district court does not approve the Amber transaction by December 1, or if this Court grants Gold Reserve's stay request. Termination of the settlement would severely prejudice the attached judgment creditors who now stand to benefit from the sale of the PDVH shares.

Respectfully submitted,

*/s/ Gregory Silbert*  
Gregory Silbert  
*Counsel for Respondent*

cc:    Counsel of Record (by ECF)